IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

        Petitioner,

v.

C. EVANS, Warden, et al.,

        Respondents.

No. CIV S-05-0860-DFL-GGH-P

**ORDER.**

Petitioner's extension of time in which to file the joint schedule statement having been considered and good cause appearing,

IT IS HEREBY ORDERED that the joint scheduling statement shall be filed on or before August 22, 2005.

Dated: July 15, 2005

By_____

GREGORY G. HOLLOWS

United States Magistrate Judge

ORDER

PAGE 1