IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

    Petitioner,               No. CIV S-05- 0860 DFL GGH P

    vs.

C. EVANS, Warden,

    Respondent.          ORDER
_____/

        A further status report in this matter was filed on November 18, 2005, pursuant to the court's order filed September 20, 2005.  Although petitioner has identified the possibility of seeking a subpoena from the court with reference to petitioner's case file in the custody of petitioner's trial attorney, no such request has been forthcoming.  It appears that petitioner intends to proceed on an amended petition of exhausted claims only, which the court previously stated, if petitioner elected that option, would be due on January 20, 2005, along with any supplemental points and authorities.  The court will re-affirm the prior filing dates set forth in the September 20, 2005 order.

        IT IS ORDERED that petitioner must file an amended petition setting forth exhausted claims only on which petitioner intends to proceed, along with any supplemental memorandum of points and authorities on or before January 20, 2006, after which respondent

1 | must file any response to such amended petition, whether in the form of a motion to dismiss or
2 | an answer, within 90 days thereafter; petitioner will then have 30 days to file an opposition or a
3 | reply, as appropriate; if an opposition to a motion is filed, respondent has 30 days to file a reply.
4 | DATED: 1/18/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
tayl0860.pst2