IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

       Petitioner,              No. CIV S-05- 0860 DFL GGH P

   vs.

C. EVANS, Warden,

       Respondent.           ORDER

_____/

On January 17, 2006, petitioner filed a request for extension of time, until March 22, 2006, to file petitioner's amended pleadings.[1]  By order filed on January 19, 2006, the court filed an order with reference to the further status report that had been filed on November 18, 2005, an order that had been prepared earlier, without reference to petitioner's subsequent January 17, 2006 request.

In the January 19, 2006 order, the court reaffirmed the deadlines set forth in the September 20, 2005 order, wherein the filing date for petitioner's amended petition was set forth as January 20, 2006.  On January 19, 2006, petitioner filed a motion for reconsideration of the January 19, 2006 order, mistakenly (but understandably) construing it as a denial of his January

---

[1] Petitioner neglected to electronically file a proposed order with his request in .pdf format or to submit such an order via email in wordprocessing format, as required pursuant to E.D. Local Rule 5-137(b).

1

17, 2006 request for extension of time.  The court now considers petitioner's January 17, 2006 request for an extension of time.

Accordingly, IT IS ORDERED that:

1.  Petitioner's January 17, 2006 request for an extension to time to file an amended petition along with any supplemental memorandum of points and authorities is granted;

2.  Petitioner must file the amended pleadings on or before March 22, 2006;

3.  Petitioner's January 19, 2006 motion for reconsideration is vacated as inapposite and moot; and

4.  The remaining timelines for responsive and opposition or reply briefing remain governed by the January 19, 2006 order.

DATED: 1/23/06

/s/ Gregory G. Hollows

_____

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
tayl0860.eot