IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY TAYLOR,** | CIV S-05-0860 JAM GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **C. EVANS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including October 25, 2008.

Dated: 09/09/08                    /s/ Gregory G. Hollows

                                   U.S. Magistrate Judge

tayl0860.eot

[Proposed] Order

1