IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR,<br><br>    Petitioner,<br>  v.<br>C. EVANS, Warden, et al.,<br><br>    Respondents. | No. CIV S-05-0860-JAM-GGH-P<br><br>**ORDER.** |

    Petitioner's request for enlargement of time having been considered and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner shall file his Traverse and supporting documents on or before December 13, 2008.

    Dated: November 13, 2008

                                              /s/ Gregory G. Hollows
                                 By_____
                                     United States Magistrate Judge

tayl0860.eot2

ORDER                                                                                               PAGE   1